IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

(To be supplied by the court)

MAZEN KHER DEEN,
THE KHER MOSQUE – AL KHER MASJID,
(CLASS ACTION POSSIBLE)

Plaintiff(S)

v.

**Jury Trial requested: Yes**

1) COLORADO SUPREME COURT;
2) DENVER 2ND JUDICIAL DISTRICT;
3) ARAPAHOE 18TH JUDICIAL DISTRICT;
4) ARAPAHOE COUNTY JUNIOR JUDGE LAQUNYA LATRESE BAKER;
5) ARAPAHOE COUNTY JUNIOR MAJISTARTE HEIDI L KUCHER;
6) CITY OF AURORA;
7) AURORA MAYOR MIKE COFFMAN;
8) CITY OF AURORA POLICE DEPARTMENT;
9) PARAMJIT PALMER, A/K/A DR LOCO PJ;
10) PATRICK SHAKER, JUNIOR LT, AURORA POLICE DEPARTMENT;
11) AURORA CITY ATTORNEY'S OFFICE;
12) ARAPAHOE COUNTY SHERIFF'S OFFICE;
13) ARAPAHOE COUNTY SHERIFF DAVID WELCHER;

Defendant(s).

SEE ATTACHED FOR MORE DEFENDANTS …

COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person

known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A.   PLAINTIFF INFORMATION

(1) MAZEN KHER DEEN
Address: 10180 E COLFAX AVE, SUITES 205, 208, 305, 308 AND 150.
Tel: 720-501-1346 | EMAIL: ALKHER.ORG@GMAIL.COM
Mailing Address: P O BOX 440371, AURORA, CO 80044

(2) THE KHER MOSQUE – MASJID AL KHER, A COLORADO NON - INCPORPORATED NON PROFIT ORGANIZATION
Address: 10180 E COLFAX AVE, SUITES 205, 208, 305, 308 AND 150.
Tel: 720-501-1346 | EMAIL: ALKHER.ORG@GMAIL.COM
Mailing Address: P O BOX 440371, AURORA, CO 80044

### B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the informationrequested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:
COLORADO SUPREME COURT
RALPH CARR JUDICIAL CENTER
2 EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5150

Defendant 2:
BRIAN D BOATRIGHT, COLORADO SUPREME COURT CHIEF JUSTICE
RALPH CARR JUDICIAL CENTER
2 EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5410

Defendant 3:
MONICA M. MARQUEZ, COLORADO SUPREME COURT JUSTICE
RALPH CARR JUDICIAL CENTER
2 EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5450

Defendant 4:
WILLIAM W. HOOD, III, SUPRE,E COURT JUSTICE

RALPH CARR JUDICIAL CENTER
2 EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5400

Defendant 5:
RICHARD L GABRIEL, COLORADO SUPREME COURT JUSTICE
RALPH CARR JUDICIAL CENTER
EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5440

Defendant 6:
MELISSA HART, COLORADO SUPREME COURT JUSTICE
RALPH CARR JUDICIAL CENTER
2 EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5440

Defendant 3:
CARLOS A. SAMOUR, COLORADO SUPREME COURT JUSTICE
RALPH CARR JUDICIAL CENTER
2 EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5430

Defendant 4:
MARIA E. BERKENHOTTER, SUPRE,E COURT JUSTICE
RALPH CARR JUDICIAL CENTER
2 EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5460

Defendant 5:
RICHARD L GABRIEL, COLORADO SUPREME COURT JUSTICE
RALPH CARR JUDICIAL CENTER
EAST 14TH AVE, DENVER, CO 80203
Tel: 720-625-5440

Other Defendants:

1) DENVER 2ND JUDICIAL DISTRICT;
2) ARAPAHOE 18TH JUDICIAL DISTRICT;
3) ARAPAHOE COUNTY JUNIOR JUDGE LAQUNYA LATRESE BAKER;
4) ARAPAHOE COUNTY JUNIOR MAJISTARTE HEIDI L KUCHER;
5) CITY OF AURORA;
6) AURORA MAYOR MIKE COFFMAN;
7) CITY OF AURORA POLICE DEPARTMENT;
8) PARAMJIT PALMER, A/K/A DR LOCO PJ;
9) PATRICK SHAKER, JUNIOR LT, AURORA POLICE DEPARTMENT;
10) AURORA CITY ATTORNEY'S OFFICE;
11) ARAPAHOE COUNTY SHERIFF'S OFFICE;
12) ARAPAHOE COUNTY SHERIFF DAVID WELCHER;

13) COLORADO ATTORNEY REGULATION COUNCIL;
14) CHERYL L STEVENS

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws,or treaties of the United States). Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado

**D.    STATEMENT OF CLAIM(S)**

**CLAIM ONE:** The Colorado Supreme Court Justices, the Court Clerk and the Colorado Office of Attorney Regulation Council conspired together and claimed frivolously that Plaintiff KHER DEEN was served in the State of Maryland in 2019 with a complaint claiming that KHER DEEN was practicing law without a license. This is utterly fabricated since KHER DEEN never lived, worked, studied nor had anything to do with Maryland. Based on this fake serving that KHER DEEN was adjudicated as practicing law without a license.

**Supporting facts: Exhibit 1 – Copy of the fake Affidavit of Service.**

**CLAIM TWO: $10,000,000 (TEN MILLION DOLLARS) for the** attempted Murders by Paramjit Parmar, a/k/a Dr. Loco PJ and his cohorts Frank Ricci on four separate occasions in the last three weeks that ended in Plaintiff Kher Deen been hospitalized in coma condition, the hospitals billing alone is in excess of $500,000 (half a Million Dollars). There are over 18 incidents of assaults, theft, burglary against the two of them at this time.

**CLAIM THREE:** Against Arapahoe County Junior Magistrate Heidi L Kucher for her abuse of the limited judicial Authority she enjoys currently, yet she believes that he is a US Supreme Court Judge barking orders. She has crossed the line of the Separation of Church and Government many times. She has been notified repeatedly of the dangerous situation she is subjecting the plaintiffs to because of her ignorance of the law.

Plaintiffs Reserve the right to amend the claims.

**E.    REQUEST FOR RELIEF**
    *1. Quash the Supreme Court Order based on the fake service as described supra*
    *2. Arrest and charge both Dr Loco PJ and Ricci for their malfeasance.*
    *3. Remove Kucher from the Bench immediately. She does not qualify to run a courtroom.*

4

F.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____    _____
MAZEN KHER DEEN             THE KHER MOSQUE – MASJID AL KHER